Joan Kautz, Plaintiff-Appellee, v. Edmund Paul Kautz, Defendant-Appellant.

Gen. No. 53,036.

First District, Second Division.

November 12, 1968.

Jerome Berkson, of Chicago, for appellant; no brief or appearance filed in behalf of appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.